# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SECURITY DATA SUPPLY, LLC, et al. | § § § | |
| v. | § § | CIVIL ACTION NO. 3:18-CV-1399-S |
| NORTEK SECURITY AND CONTROL, LLC, et al. | § § § | |

## ORDER

The Court grants the Unopposed Motion to Dismiss with Prejudice [ECF No. 151], filed by Plaintiffs Security Data Supply, LLC, SDS of New Orleans, LLC, SDS of Baton Rouge, LLC, SDS of Mandeville, LLC, SDS of Monroe, LLC, SDS of Bossier City, LLC, SDS of Dallas, LLC, SDS of Houston, LLC, SDS of San Antonio, LLC, SDS of Jackson, LLC, SDS of Mobile, LLC, and SDS of Central Texas, LLC ("Plaintiffs"), and orders, adjudges, and decrees that all of Plaintiffs' claims against Defendants Nortek Security and Control, LLC, Wave Electronics, Inc., and Earnest Bernard in the above-captioned action are dismissed with prejudice. Court costs are taxed against the party incurring same. All relief not expressly granted is denied.

**SO ORDERED.**

SIGNED December 4, 2019.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**